| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Richard A. | 2. Court or Organization<br><br>W.D. Washington | | | 3. Date of Report<br><br>05/04/2018 |
|---|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final | | | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| | 5b. ☐ Amended Report | | | |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>700 Stewart Street, Suite 13128<br>Seattle, Washington 98101 | | | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | YMCA of Greater Seattle |
| 2. Board Member | YMCA of the USA National Board of Directors |
| 3. Advisory Board Member | Northwest Minority Job Fair Committee |
| 4. Co-Chair | King County Bar Association Rev. Dr. Martin Luther King Luncheon Committee |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/1/10 | Washington State Department of Retirement Systems-Monthly Disbursements. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Washington State Department of Retirement Systems | $70,066.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Sound Transit -Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YMCA-USA | February 15-16, 2017 | Houston, Texas | Board Meeting | Transportation, meals and lodging |
| 2. | YMCA-USA | April 4-6, 2017 | Chicago, Illinois | Board Meeting | Transportation, meals and lodging |
| 3. | YMCA-USA | June 21-23, 2017 | Chicago, Illinois | Board Meeting | Transportation, meals and lodging |
| 4. | YMCA-USA | September 21-23, 2017 | Anaheim, CA | General Assembly Meeting | Transportation, meals and lodging |
| 5. | YMCA-USA | October 3-5, 2017 | Dallas, Texas | Multicultural Leadership Conference | Transportation, meals,and lodging |
| 6. | YMCA-USA | October 16-17, 2017 | Anaheim, CA | General Assembly Meeting | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/04/2018 |

7. YMCA-USA     October 25-27, 2017     Chicago, Illinois     Board Meeting     Transportation, meals and lodging

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, Richard A. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds: American Balanced | A | Interest | M | T | | | | | |
| 2. American Funds: American Mutual | A | Interest | M | T | | | | | |
| 3. American Funds: Capital Income Builder | A | Interest | M | T | | | | | |
| 4. American Funds: Capital World Growth & Income | A | Interest | M | T | | | | | |
| 5. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 6. American Funds: Fundamental Investors | A | Interest | M | T | | | | | |
| 7. American Funds: Growth Fund of America | A | Interest | M | T | | | | | |
| 8. American Funds: Income Fund of America | A | Interest | M | T | | | | | |
| 9. American Funds: Investment Company of America | A | Interest | M | T | | | | | |
| 10. American Funds: SMALLCAP WORLD | A | Interest | M | T | | | | | |
| 11. American Funds: Washington Mutual Investors | A | Interest | M | T | | | | | |
| 12. American Funds: Bond Fund of America | B | Interest | M | T | | | | | |
| 13. American Funds: Money Market | A | Interest | J | T | | | | | |
| 14. Empower Retirement-Growth/High Risk. Central Puget Sound Transit 401A | E | Dividend | N | T | | | | | |
| 15. Principal Finance Group (Whole Life) | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Richard A.** | 05/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII: YMCA-USA    December 11-12, 2017    Chicago, Illinois    Board Meeting    Transportation, meals and lodging

Superior Court Judges Assn.    April 23, 2017    Spokane, WA    Keynote Address    Transportation and meals

Admin of Court Trng.    April 6-8, 2017    Baltimore, MD Panel Presenter    Transportation, meals and lodging

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, Richard A. | 05/04/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544